Circuit Court for Baltimore City
Case No. 24-C-11-000954

IN THE COURT OF APPEALS OF MARYLAND


No. 70

September Term, 2015

_____


MICHAEL DAVON CHRISTIAN


v.


STEWART LEVITAS


_____



Barbera, C.J.
Battaglia
Greene
Adkins
McDonald
Watts,

                        JJ.


_____


PER CURIAM ORDER

_____


Filed: November 23, 2015

MICHAEL DAVON CHRISTIAN     *     IN THE

                             *     COURT OF APPEALS

      v.                    *     OF MARYLAND

                             *     No. 70

STEWART LEVITAS             *     September Term, 2015

**PER CURIAM ORDER**

The Court having considered and granted the petition for a writ of certiorari in the above entitled case, it is this 23rd day of November, 2015,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, vacated and the case is remanded to that Court for further reconsideration in light of <u>Jakeem Roy v. Sandra B. Dackman et al.</u>, ____ Md.____, ____ A.3d ____(No. 6, September Term, 2015, filed October 16, 2015). Costs in this Court to be paid by the Respondent, and costs in the Court of Special Appeals to abide the result.

                                          /s/ Mary Ellen Barbera
                                            Chief Judge